# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **19–12293 – RAG**   Chapter: **11**

**Santos A. Lainez**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Declaration for Schedules due 03/11/2019**<br>**Schedules A/B–J due 03/11/2019**<br>**Stmt. of Fin. Affairs due 03/11/2019**<br>**Ch 11 Income Form 122B due 03/11/2019**<br>**Summary of Assets and Liab. due 03/11/2019** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521**<br>**Federal Rule of Bankruptcy Procedure 1007** |

**All deficiencies must be cured by 3/11/19.**

**Additional information for non–attorney filers is available at
http://www.mdb.uscourts.gov/content/no–attorney**

Dated: 2/27/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jolon Anderson
410–962–7964

cc:   Debtor

Attorney for Debtor – Erik G. Soderberg

Form ntcddl (03/05)