**Fill in this information to identify your case:**

Debtor 1: Santos A. Lainez
Debtor 2 (Spouse, if filing): 
United States Bankruptcy Court for the: District Of Maryland
Case number (If known): 19-12293

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                                                                             12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

|   | | Unsecured claim |
|---|---|---|
| **1** | Kundra and Associates P.C. (Creditor's Name)<br>c/o Law Offices of Ronald S. Canter, LLC (Number Street)<br>200A Monroe St., Suite 104<br>Rockville, MD 20850 (City State ZIP Code)<br>Contact<br>Contact phone | What is the nature of the claim? Judgment.<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured):  $_____<br>Value of security:  − $_____<br>Unsecured claim  $_____ | $ 53,154.88 |
| **2** | Chase Card (Creditor's Name)<br>P.O. Box 15298 (Number Street)<br>Wilmington, DE See 1 (City State ZIP Code)<br>Contact<br>Contact phone | What is the nature of the claim? Credit Card Charges<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured):  $_____<br>Value of security:  − $_____<br>Unsecured claim  $_____ | $ 3,057.00 |

Debtor 1  Santos   A.   Lainez                     Case number (*if known*) 19-12293
           First Name  Middle Name  Last Name

|   | Unsecured claim |
|---|---|

**3** Comptroller of the Treasury
Creditor's Name
Compliance Division, Room 409
Number   Street
301 West Preston Street

Baltimore   MD   See 2
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? See Attachment 2

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
            Value of security:           − $_____
            Unsecured claim                $_____

$ 813.00

---

**4** CBE Group
Creditor's Name
P O Box 900
Number   Street

Waterloo   IA   50704
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Charges

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
            Value of security:           − $_____
            Unsecured claim                $_____

$ 553.00

---

**5** Office of the County Attorney
Creditor's Name
Hillary Holbrook Taylor, Esq.
Number   Street
101 Monroe St., 3rd Floor

Rockville   MD   20850
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Municipal infraction judgment.

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
            Value of security:           − $_____
            Unsecured claim                $_____

$ 505.00

---

**6** Office of the County Attorney
Creditor's Name
Hilary Holbrook Taylor, Esq.
Number   Street
101 Monroe St., 3rd Floor

Rockville   MD   20850
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Municipal infraction judgment.

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
            Value of security:           − $_____
            Unsecured claim                $_____

$ 505.00

---

**7** Internal Revenue Service
Creditor's Name
P.O. Box 7346
Number   Street

Philadelphia   PA   See 3
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? See Attachment 3

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
            Value of security:           − $_____
            Unsecured claim                $_____

$ 1.00

---

Debtor 1  Santos A. Lainez  Case number (*if known*) 19-12293
First Name / Middle Name / Last Name

**Unsecured claim**

### 8. Thornton Mellon, LLC
Creditor's Name: Thornton Mellon, LLC
c/o Geoffrey Polk, Esq.
939 W. North Ave., Suite 830
Chicago, IL 60642

What is the nature of the claim? Lawsuit.   $ 1.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  - Value of security: – $_____
  - Unsecured claim: $_____

### 9. Gregory James Carroll, Esq.
Tax Lien Law Group, LLP
27 North Wacker Drive, Suite 503
Chicago, IL 60602

What is the nature of the claim? Lawsuit.   $ 1.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  - Value of security: – $_____
  - Unsecured claim: $_____

### 10. Axis Management Group, LLC c/o
Incorp Services, Inc.
1519 York Road
Lutherville, MD 21093

What is the nature of the claim? _____   $ 1.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  - Value of security: – $_____
  - Unsecured claim: $_____

### 11. SunTrust Bank
Bankruptcy Department
P.O. Box 85041
Richmond, VA 23285

What is the nature of the claim? See Attachment 4   $ 0.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☒ Yes. Total claim (secured and unsecured): $ 15,689.00
  - Value of security: – $ 15,689.00
  - Unsecured claim: $ 0.00

### 12. Charter House, LLC c/o
Charles E. Kohlhoss
4920 Elm Street, Suite 200
Bethesda, MD 20814

What is the nature of the claim? Secured loan.   $ 0.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☒ Yes. Total claim (secured and unsecured): $ 533,857.00
  - Value of security: – $ 533,857.00
  - Unsecured claim: $ 0.00

Debtor 1   Santos      A.        Lainez                          Case number *(if known)* 19-12293
           First Name  Middle Name  Last Name

|  | Unsecured claim |
|---|---|

**13** _____  
Creditor's Name

_____  
Number    Street

_____

_____  
City        State    ZIP Code

_____  
Contact

_____  
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:                      − $_____
   Unsecured claim                           $_____

**14** _____  
Creditor's Name

_____  
Number    Street

_____

_____  
City        State    ZIP Code

_____  
Contact

_____  
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:                      − $_____
   Unsecured claim                           $_____

**15** _____  
Creditor's Name

_____  
Number    Street

_____

_____  
City        State    ZIP Code

_____  
Contact

_____  
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:                      − $_____
   Unsecured claim                           $_____

**16** _____  
Creditor's Name

_____  
Number    Street

_____

_____  
City        State    ZIP Code

_____  
Contact

_____  
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:                      − $_____
   Unsecured claim                           $_____

**17** _____  
Creditor's Name

_____  
Number    Street

_____

_____  
City        State    ZIP Code

_____  
Contact

_____  
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:                      − $_____
   Unsecured claim                           $_____

| Debtor 1 | Santos | A. | Lainez | Case number (*if known*) 19-12293 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

### 18

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:            − $_____
         Unsecured claim                $_____

$_____

### 19

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:            − $_____
         Unsecured claim                $_____

$_____

### 20

Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:            − $_____
         Unsecured claim                $_____

$_____

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✘ /s/Santos A. Lainez                           ✘ _____
Signature of Debtor 1                              Signature of Debtor 2

Date 02/26/2019                                   Date _____
     MM / DD / YYYY                                    MM / DD / YYYY

# Attachment
Debtor: Santos A. Lainez    Case No: 19-12293

1. 19850-5298

Attachment 2

    21201-2305

    Taxes and Other Government Debts

Attachment 3

    19101-7346

    Taxes and Other Government Debts

Attachment 4

    Purchase-Money Security Interest