**DEBTOR:** _Santos A. Lainez_     **CASE NUMBER:** _19-12293_

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF MARYLAND**
**MONTHLY OPERATING REPORT - CHAPTER 11**     ☐ **Check if this is an**
**INDIVIDUAL DEBTORS**                              **amended report.**

**COVER SHEET AND QUESTIONNAIRE - FORM 3**

For Period from:     _3/1/19_     to     _3/31/19_

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

### REQUIRED REPORTS / DOCUMENTS

1 Cash Flow Statement (Page 2)
2 Cash Reconciliation(s) and Narrative (Page 3)
3 Cash Receipts Detail (Page 4)
4 Cash Disbursements Detail (Page 5)
5 Receipts and Disbursements Recap Case to Date (Page 6)
6 **Bank Statements for All Bank Accounts open during any day during the period**
   (remember to redact all but the last four digits of bank account number)

### QUESTIONNAIRE

Please answer the questions below for the month being reported:

| | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? <br> 1a.  If no, explain. | ✓ | |
| 2. Are all insurance policies current and in effect? <br> 2a.  If no, explain.** | ✓ | |
| 3. Have all <u>post petition</u> taxes been timely filed and paid, including quarterly estimated taxes, if applicable? <br> 3a.  If no, explain.**  _no - 2017 loss_ | | ✓ |
| 4. Did you pay all your bills on time this month?  _no checks to write - account just opened_ | | ✓ |
| 5. Did you borrow money from anyone or has anyone made any payments on your behalf? <br> 5a.  If yes, why?** | | ✓ |
| 6. Other than postpetition mortgage or car payments, did you pay any bills you owed prior to filing for bankruptcy? | | ✓ |
| 7. Do you have any bank accounts open other than the DIP account? <br> 7a.  If yes, when will they be closed? | | ✓ |

**If additional room is needed, please use the "Unusual Items" Section on page 3 to explain.

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:** _____     Signature (Debtor): _____
                                 Print name: _____

                                 Signature (Co-Debtor, if one): _____
                                 Print name: _____

**DEBTOR:** _Santos A. Lainez_    **CASE NUMBER:** _19-12293_

For Period from: _3/1/19_    to    _3/31/19_

## CASH FLOW SUMMARY (SEE NOTE A)
*(Transfers between the debtor's bank accounts are not to be reflected on this page.)*

1. **Beginning Cash Balance**                                                $ _0_ (1) A
2. **Cash Receipts**

   | | | |
   |---|---|---|
   | Wages | $ _7188.42_ | |
   | Sole Proprietorship Revenues | | |
   | Draws from owned entities other than Sole Prop | | |
   | Rental Income | | |
   | Other  _personal deposit_ | _50_ | |
   | Other | | |
   | Total Cash Receipts for the month | | $ _7208.40_ B |

3. **Cash Disbursements**

   | | |
   |---|---|
   | Primary residence: Rent or home mortgage payment  $ | |
   | Utilities and Communication related Expenses | |
   | Home maintenance (repairs/upkeep/association dues) | |
   | Food / Groceries / Housekeeping supplies | |
   | Restaurants/Entertainment/Recreation | |
   | Clothing / Laundry / Personal Care | |
   | Charitable and Religious Contributions | |
   | Insurance payments | |
   | Installment payments (including car payments) | |
   | Alimony, maintenance, support of others | |
   | Legal / Professional Fees / U.S. Trustee Fees | |
   | Sole Proprietorship Expenses | |
   | Rental Property related: mortgages / expenses / repairs | |
   | Other  _Check order_ | _30.02_ |
   | Other | |
   | Other | |
   | Other | |
   | Miscellaneous | |
   | Total Cash Disbursements for the month   $ | _30.02_ C |

4. **Net Cash Flow for Month**
   **(Total Cash Receipts less Total Cash Disbursements)**    (B - C)    _7178.38_ D
5. **Ending Cash Balance**    (A + D) $    _7208.40_ E

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 0.00 |
| Add: Any amounts paid on behalf of the debtor by others | |
| **Disbursements for U.S. Trustee Fee Calculation** | 0.00 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1) Current month beginning cash balance should equal the previous month's ending balance.*

DEBTOR: _Santos A. Lainez_    Case Number: _19-12293_

## A. BANK ACCOUNTS THAT ARE OPEN AT END OF THE PERIOD

| Period ending: | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: Sundy Spring | 59-01 | | | |
| Last four digits of account | 59-01 | | | |
| Purpose of Acct (Personal or Business) | Personal | | | |
| Type of account (Checking or Savings) | Checking | | | |
| Balance per Bank Statement at End of the Period | 7208.40 | | | |
| TOTAL OF ALL ACCOUNTS AT END OF PERIOD | 7208.40 | | | |

Note: Attach a copy of the bank statement and bank reconciliation for <u>every</u> account that was open during any point in time during the period, whether it is a prepetition account or a DIP account.

## B. AMOUNTS OWED TO OTHERS at the end of the Period (post-petition only)

Do you have any past due post petition bills?     No ✓     Yes ____

If yes, how much do you owe? *(please attach support)*     $ ____

## C. AMOUNTS OWED TO YOU at the end of the Period (both pre and post-petition)

Does anyone owe you any money?     No ✓     Yes ____

If yes, how much is owed to you? *(please attach support)*     $ ____

## D. UNUSUAL ITEMS

Please provide a description of any unusual financial transactions or changes to your financial condition since the past reporting period.

DEBTOR: _Santos A. Lainez_    CASE #: _19-12293_

## CASH RECEIPTS DETAIL

> The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

For Period: _3/1/19_ to _3/31/19_
(attach additional sheets as necessary)

Bank Name _Sandy Springs_    Last four digits of account number    _59-61_

A.  For each _counter deposit_ made during the period, record the following information:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 3-19 | | Wages | 4792.28 |
| 3-25 | | Wages | 2396.14 |
| 3-11 | | Plusord de p. | 50— |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
|  | | | 0.00 |

B.  For _direct deposits_ to your account which identify the source of the deposit, just record the grand total of all of these deposits.

C.  Deduct _transfers_ between accounts made to this account included in Section A or B above.

**Total Cash Receipts**    $ _7 238.42_
This total should agree with Page 2

PAGE 4
Rev. 2016-11

DEBTOR:    _Santos A. Lainez_         CASE #:  _19-12293_

## CASH DISBURSEMENTS DETAIL

For Period: _3/1/19_ to _3/31/19_
(attach additional sheets as necessary)

> The term "cash" includes all forms
> of currency i.e., checks, cash,
> money orders, etc.

Bank Name _____          Last four digits of account number _____

A.   For all _checks written_, record the detail of each showing the following information:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|------------------------|--------|
| 3-27 | Ach |  | Check Order | 30.02 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

0.00

B.   For _direct debits_ to your account which identify the who is being paid, just record
     the grand total of all of these withdrawals                                    _____

C.   Deduct _transfers_ between accounts made to this account included in
     Section A or B above.                                                          _____

**Total Cash Disbursements**   $  _30.02_
This total should agree with Page 2

PAGE 5
Rev. 2016-11

# RECEIPTS AND DISBURSEMENTS RECAP

**Debtor:** _Santos A. Lainez_  **Case #:** _19-12293_
**Date Case was filed:** _2/25/19_

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date.
It serves as a running total of overall cash receipts and cash disbursement and net income (or loss) for the case.

**NOTE: These amounts are directly obtained from Page 2 of the associated MOR.**

**Year:** _2019_

| | Receipts | Disb | Net |
|---|---|---|---|
| Jan | | | 0 |
| Feb | | | 0 |
| Mar | 7238.42 | 30.02 | 7208.40 |
| Apr | | | 0 |
| May | | | 0 |
| Jun | | | 0 |
| Jul | | | 0 |
| Aug | | | 0 |
| Sep | | | 0 |
| Oct | | | 0 |
| Nov | | | 0 |
| Dec | | | 0 |
| TOTAL | 0 | 0 | 0 |

**Year:**

| | Receipts-2 | Disb-2 | Net-2 |
|---|---|---|---|
| Jan | | | 0 |
| Feb | | | 0 |
| Mar | | | 0 |
| Apr | | | 0 |
| May | | | 0 |
| Jun | | | 0 |
| Jul | | | 0 |
| Aug | | | 0 |
| Sep | | | 0 |
| Oct | | | 0 |
| Nov | | | 0 |
| Dec | | | 0 |
| TOTAL | 0 | 0 | 0 |

Last statement: March 11, 2019
This statement: March 31, 2019
Total days in statement period: 21

Page 1 of 1
XX-XXXX59-01
(0)

*************AUTO**SCH 5-DIGIT 21403
27690 0.4000 AV 0.383          84 15360

Direct inquiries to:
800-399-5919

SANTOS A LAINEZ SR BANKRUPTCY ESTATE
CASE# 19-12293
SANTOS A LAINEZ SR- TRUSTEE
307 EDGEWATER DR
EDGEWATER MD   21037-1323

Sandy Spring Bank
17801 Georgia Ave
Olney MD 20832

## Flex Business Checking

| | | | |
|---|---|---|---|
| Account number | XX-XXXX59-01 | Beginning balance | $0.00 |
| Low balance | $50.00 | Total additions | 7,238.42 |
| Average balance | $3,808.22 | Total subtractions | 30.02 |
| | | Ending balance | $7,208.40 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 03-27 | ' ACH Withdrawal | 30.02 |
| | HARLAND CLARKE CHK ORDER 190327 | |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 03-11 | ' Deposit | 50.00 |
| 03-19 | ' Deposit | 4,792.28 |
| 03-25 | ' Deposit | 2,396.14 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-11 | 50.00 | 03-25 | 7,238.42 | | |
| 03-19 | 4,842.28 | 03-27 | 7,208.40 | | |

*Thank you for banking with Sandy Spring Bank*