**DEBTOR:** Santos A. Lainez    **CASE NUMBER:** 19-12293

OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF MARYLAND
MONTHLY OPERATING REPORT - CHAPTER 11    ☐ Check if this is an amended report.
INDIVIDUAL DEBTORS

COVER SHEET AND QUESTIONNAIRE - FORM 3

For Period from: 4-1-19 to 4-30-19

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

### REQUIRED REPORTS / DOCUMENTS

1. Cash Flow Statement (Page 2)
2. Cash Reconciliation(s) and Narrative (Page 3)
3. Cash Receipts Detail (Page 4)
4. Cash Disbursements Detail (Page 5)
5. Receipts and Disbursements Recap Case to Date (Page 6)
6. **Bank Statements for All Bank Accounts open during any day during the period**
   (remember to redact all but the last four digits of bank account number)

### QUESTIONNAIRE

Please answer the questions below for the month being reported:

| Question | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? 1a. If no, explain. | ✓ | |
| 2. Are all insurance policies current and in effect? 2a. If no, explain.** | ✓ | |
| 3. Have all post petition taxes been timely filed and paid, including quarterly estimated taxes, if applicable? 3a. If no, explain.** No - 2017 loss | | ✓ |
| 4. Did you pay all your bills on time this month? | ✓ | |
| 5. Did you borrow money from anyone or has anyone made any payments on your behalf? 5a. If yes, why?** | | ✓ |
| 6. Other than postpetition mortgage or car payments, did you pay any bills you owed prior to filing for bankruptcy? | | ✓ |
| 7. Do you have any bank accounts open other than the DIP account? 7a. If yes, when will they be closed? | | ✓ |

**If additional room is needed, please use the "Unusual Items" Section on page 3 to explain.

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on: _____    Signature (Debtor): _____
                              Print name: _____

                              Signature (Co-Debtor): _____
                              Print name: _____

DEBTOR: Santos Lainez                     Case Number: 19-12293

## A. BANK ACCOUNTS THAT ARE OPEN AT END OF THE PERIOD

| Period ending: | Acct #1 | Acct #2 | Acct #3 |
|---|---|---|---|
| Name of Bank: Sandy Spring | 59-01 | | |
| Last four digits of account | 59-01 | | |
| Purpose of Acct (Personal or Business) | Personal | | |
| Type of account (Checking or Savings) | Checking | | |
| Balance per Bank Statement at End of the Period | 12454.67 | | |
| TOTAL OF ALL ACCOUNTS AT END OF PERIOD | | | 12454.67 |

Note: Attach a copy of the bank statement and bank reconciliation for <u>every</u> account that was open any point in time during the period, whether it is a prepetition account or a DIP account.

## B. AMOUNTS OWED TO OTHERS at the end of the Period (post-petition only)

Are post petition mortgage payments current?   No ✓   Yes

Do you have other past due post petition bills?   No    Yes

If yes, how much do you owe, including past due mortgage payments?   $
*(Please attach a list of the creditors and amounts owed)*

## C. AMOUNTS OWED TO YOU at the end of the Period (both pre and post-petition)

Does anyone owe you any money?   No ✓   Yes

If yes, how much is owed to you?   $
*(Please attach a list of the purpose and amounts owed)*

## D. UNUSUAL ITEMS

Please provide a description of any unusual financial transactions or changes to your financial condition since past reporting period.

**DEBTOR:** Santos A. Lainez    **CASE NUMBER:** 19-12293

For Period from: 4-1-19 to 4-30-19

## CASH FLOW SUMMARY (SEE NOTE A)
*(Transfers between the debtor's bank accounts are not to be reflected on this page.)*

1. **Beginning Cash Balance**   $ 7208.46 (1)

2. **Cash Receipts**

   | | | |
   |---|---|---|
   | Wages | $ | 7188.42 |
   | Sole Proprietorship Revenues | | |
   | Draws from owned entities other than Sole Prop | | |
   | Rental Income | | |
   | Other  POS Refund | | 174.83 |
   | Other | | |

   Total Cash Receipts for the month   $ 7363.25

3. **Cash Disbursements**

   | | |
   |---|---|
   | Primary residence: Rent or home mortgage payment $ | |
   | Utilities and Communication related Expenses | 335.53 |
   | Home maintenance (repairs/upkeep/association dues) | 412.50 |
   | Food / Groceries / Housekeeping supplies | 138.12 |
   | Restaurants/Entertainment/Recreation | 103.33 |
   | Clothing / Laundry / Personal Care | 268.88 |
   | Charitable and Religious Contributions | |
   | Insurance payments | |
   | Installment payments (including car payments) | |
   | Transportation related (gas, parking, tolls) | 248.24 |
   | Alimony, maintenance, support of others | |
   | Legal / Professional Fees / U.S. Trustee Fees | |
   | Sole Proprietorship Expenses | |
   | Rental Property related: mortgages / expenses / repairs | |
   | Other  medical | 20.24 |
   | Other  Cigs | 11.83 |
   | Other  Curtins | 578.31 |
   | Other | |
   | Miscellaneous | |

   Total Cash Disbursements for the month   $ 2116.98

4. **Net Cash Flow for Month**
   (Total Cash Receipts less Total Cash Disbursements)   (B - C)   0.00

5. **Ending Cash Balance**   (A + D) $   0.00

**DEBTOR:** Santos A. Lainez   **CASE #:** 19-12293

## CASH RECEIPTS DETAIL

> The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

For Period: 4-1-19 to 4-30-19
(attach additional sheets as necessary)

Bank Name: Sandy Spring    Last four digits of account number: 59-01

A. For each <u>counter deposit</u> made during the period, record the following information:

| Date | Payer | Description | Amount |
|---|---|---|---|
| 4-9 | | wages | 4792.28 |
| 4-22 | | wages | 2396.14 |

B. For <u>direct deposits</u> to your account which identify the source of the deposit, just record the grand total of all of these deposits.

C. Deduct <u>transfers</u> between accounts made to this account included in Section A or B above.

**Total Cash Receipts** $ 7188.42
This total should agree with Page 2

PAGE 4
Rev. 2017-04

**DEBTOR:** Santos Lainez     **CASE #:** 19-12293

## CASH DISBURSEMENTS DETAIL

> The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

For Period: 4-1-19 to 4-30-19
(attach additional sheets as necessary)

Bank Name: Sandy Spring     Last four digits of account number: 59-01

**A.** For all *checks written*, record the detail of each showing the following information:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
|      |           |       |                      |        |

**B.** For *direct debits* to your account which identify the who is being paid, just record the grand total of all of these withdrawals

**C.** Deduct *transfers* between accounts made to this account included in Section A or B above.

**Total Cash Disbursements** $ 0.00
This total should agree with Page 2

PAGE 5
Rev. 2017-04

# RECEIPTS AND DISBURSEMENTS RECAP

Debtor: Santos A. Cainer            Case #: 19-12293

Date Case was filed: _____

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date.
It serves as a running total of overall cash receipts and cash disbursement and net income (or loss) for the case.

**NOTE: These amounts are directly obtained from Page 2 of the associated MOR.**

Year: 2019

| Month | Receipts | Disb | Net | Receipts-2 | Disb-2 | Net-2 |
|---|---|---|---|---|---|---|
| Jan |  |  | 0 |  |  | 0 |
| Feb |  |  | 0 |  |  | 0 |
| Mar |  |  | 0 |  |  | 0 |
| Apr | 7363.25 | 2116.98 | 5246.27 |  |  | 0 |
| May |  |  | 0 |  |  | 0 |
| Jun |  |  | 0 |  |  | 0 |
| Jul |  |  | 0 |  |  | 0 |
| Aug |  |  | 0 |  |  | 0 |
| Sep |  |  | 0 |  |  | 0 |
| Oct |  |  | 0 |  |  | 0 |
| Nov |  |  | 0 |  |  | 0 |
| Dec |  |  | 0 |  |  | 0 |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 0 |

Last statement: March 31, 2019
This statement: April 30, 2019
Total days in statement period: 30

Page 1 of 2
XX-XXXX59-01
(0)

************AUTO**SCH 5-DIGIT 21403
12280 0.5940 AV 0.383        43 8140

Direct inquiries to:
800-399-5919

SANTOS A LAINEZ SR BANKRUPTCY ESTATE
CASE# 19-12293
SANTOS A LAINEZ SR- TRUSTEE
307 EDGEWATER DR
EDGEWATER MD   21037-1323

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

## Flex Business Checking

| | | | |
|---|---|---|---|
| Account number | XX-XXXX59-01 | Beginning balance | $7,208.40 |
| Low balance | $7,208.40 | Total additions | 7,363.25 |
| Average balance | $11,204.62 | Total subtractions | 2,116.98 |
| | | Ending balance | $12,454.67 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 04-12 | ' Debit Card Purchase | 67.33 |
| | POS PURCHASE TERMINAL 30805502 EDGEWATER XM | |
| | EDGEWATER MD XXXXXXXXXXXX4338 SEQ # 959486 | |
| 04-15 | ' Debit Card Purchase | 51.57 |
| | POS PURCHASE TERMINAL 30805502 EDGEWATER XM | |
| | EDGEWATER MD XXXXXXXXXXXX4338 SEQ # 567661 | |
| 04-23 | ' Debit Card Purchase | 20.24 |
| | MERCHANT PURCHASE TERMINAL 55432869 LCA*LABCORP (LCBS) | |
| | WEB 800-845-6 NC XXXXXXXXXXXX4338 SEQ # 200734675630 | |
| 04-23 | ' ACH Withdrawal | 247.99 |
| | BGE PAYMENT 190423 | |
| 04-24 | ' Debit Card Purchase | 97.92 |
| | MERCHANT PURCHASE TERMINAL 55432869 AMZN Mktp US*MZ7HE | |
| | 6BQ1 Amzn.com/ WA XXXXXXXXXXXX4338 SEQ # 200876262189 | |
| 04-24 | ' Debit Card Purchase | 40.20 |
| | MERCHANT PURCHASE TERMINAL 55432869 Amazon.com*MZ3ZQ2Q | |
| | U1 Amzn.com/ WA XXXXXXXXXXXX4338 SEQ # 200973980245 | |
| 04-29 | ' Debit Card Purchase | 85.79 |
| | MERCHANT PURCHASE TERMINAL 55309599 ZUMIEZ #592 | |
| | COLUMBIA MD XXXXXXXXXXXX4338 SEQ # 706000025448 | |
| 04-29 | ' Debit Card Purchase | 132.09 |
| | MERCHANT PURCHASE TERMINAL 15410199 A EAGLE OUTFTR0000 | |
| | 1271 COLUMBIA MD XXXXXXXXXXXX4338 SEQ # 041002035453 | |
| 04-29 | ' Debit Card Purchase | 103.33 |
| | MERCHANT PURCHASE TERMINAL 05436849 TST* DON RAMON RES | |
| | TAUR COLESVILL MD XXXXXXXXXXXX4338 SEQ # 500183002567 | |

SANTOS A LAINEZ SR BANKRUPTCY ESTATE  
April 30, 2019

Page 2 of 2  
XX-XXXX59-01

| Date | Description | Subtractions |
|---|---|---|
| 04-29 | Debit Card Purchase<br>POS PURCHASE TERMINAL 12702301 LATIN INC<br>SILVER SP MD XXXXXXXXXXXX4338 SEQ # 559364 | 54.34 |
| 04-29 | Debit Card Purchase<br>POS PURCHASE TERMINAL 00M7l512 7-ELEVEN<br>HILLANDAL MD XXXXXXXXXXXX4338 SEQ # 890850 | 11.83 |
| 04-29 | ACH Withdrawal<br>COMCAST 8299400 040412053 190429 | 87.54 |
| 04-30 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 85180899 CLEANERS GREEN INC<br>SILVER SP MD XXXXXXXXXXXX4338 SEQ # 980176423753 | 51.00 |
| 04-30 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05123489 SARAH FABRICS<br>SILVER SP MD XXXXXXXXXXXX4338 SEQ # 300249697325 | 578.31 |
| 04-30 | Debit Card Purchase<br>POS PURCHASE TERMINAL 06180620 NST THE HOME DEPOT<br>061 GAITHERSB MD XXXXXXXXXXXX4338 SEQ # 912029175601 | 237.66 |
| 04-30 | Debit Card Purchase<br>POS PURCHASE TERMINAL WALN000 WALNUT HILL LIBE<br>GAITHERSB MD XXXXXXXXXXXX4338 SEQ # 912000000101 | 75.00 |
| 04-30 | Debit Card Purchase<br>POS PURCHASE TERMINAL 06180620 NST THE HOME DEPOT<br>282 GAITHERSB MD XXXXXXXXXXXX4338 SEQ # 912031180501 | 174.84 |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 04-09 | Deposit | 4,792.28 |
| 04-22 | Deposit | 2,396.14 |
| 04-30 | POS Refund<br>POS DEPOSIT TERMINAL 06180594 NST THE HOME DEPOT<br>381 GAITHERSB MDXXXXXXXXXXXX4338 SEQ # 912093483301 | 174.83 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 7,208.40 | 04-15 | 11,881.78 | 04-24 | 13,871.57 |
| 04-09 | 12,000.68 | 04-22 | 14,277.92 | 04-29 | 13,396.65 |
| 04-12 | 11,933.35 | 04-23 | 14,009.69 | 04-30 | 12,454.67 |

**Thank you for banking with Sandy Spring Bank**